

AMERICA'S LARGEST INJURY LAW FIRM

Michael F. Ram, Attorney
mram@forthepeople.com
Direct: (415) 358-6913

July 7, 2023

**VIA ECF**
Molly C. Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

Re: *Kim Carter Martinez v. ZoomInfo Technologies, Inc.,* **No. 22-35305**
 **Citation of Supplemental Authority under Fed. R. App. P. 28(j)**

Dear Ms. Dwyer:

Pursuant to Fed. R. App. P. 28(j), appellee writes to advise the Court of a pertinent and significant authority that came to appellee's attention after her Answering Brief was filed on November 18, 2022 (Dkt. No. 45): *Nolen v. PeopleConnect, Inc.,* Case No. 3:20-cv-09203-EMC (June 30, 2023 N.D. Cal.) (Judge Chen denying the defendant's motion to compel arbitration and dismiss).

Had *Nolen* been available at the time, appellee would have cited it in her Answering Brief in Part IV(E) (pgs. 53-58) in support of the propositions that "Plaintiff need not show ZoomInfo's advertisements were viewed by a member of the public" (pg. 55) and that "there is no third-party viewing element for the tort of misappropriation of name or likeness." Pg. 57.

This will respond to your August 11, 2022 letter, which sets forth objections to Plaintiffs' Notice of Fed. R. Civ. P. 30(b)(6) deposition served on August 5. The deposition was set for August 9 (two weeks advance notice) and complied with all applicable requirements.

Evaluating the same California statute at issue in this appeal, Judge Chen wrote:

> [T]he text and purpose of § 3344 precludes any definition of commercial use requiring the visual display and third-party viewing of the commercial used image… Defendant published Plaintiff's image even though accessing it required a predicate search (something inherent to anything on the Internet – the viewer must be directed to a URL) . . . [T]o hold that images

ForThePeople.com | 711 Van Ness Ave Suite 500 San Francisco, CA 94102 | 415.358.6913

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NY, NC, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY

**MORGAN & MORGAN**

AMERICA'S LARGEST INJURY LAW FIRM

> are only commercially used once they are actually seen by a consumer makes little practical sense. It would be as if an image within a newspaper advertisement were not commercially used until a customer paid their quarter, unlocked the newsrack, opened the paper, began reading, opened the page containing the relevant circular, and saw it. [This] construct makes even less sense in the age of the Internet . . . Defendant uses Plaintiff's image as bait, betting on the *chances* that Plaintiff's image will be seen by *some* viewers, some of whom will be thereby induced to further click and subscribe . . . So viewed, appropriation is not contingent on the ultimate success of [the] campaign (actual viewership and resulting sales).

*Nolen*, Dkt. No. 45, at *5-7.

Very truly yours,

Michael F. Ram

cc: Counsel of record (via ECF)

ForThePeople.com | 711 Van Ness Ave Suite 500 San Francisco, CA 94102 | 415.358.6913

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NY, NC, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY