| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 14 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,

        Plaintiff-Appellee,

 v.

ZOOMINFO TECHNOLOGIES, INC., a Delaware corporation,

        Defendant-Appellant.

No. 22-35305

D.C. No. 3:21-cv-05725-MJP
Western District of Washington, Tacoma

ORDER

Before: McKEOWN and DESAI, Circuit Judges, and SILVER,[*] District Judge.

The parties are directed to file supplemental briefs addressing whether this case should be reheard en banc to reconsider (1) whether California's anti-SLAPP statute applies in federal court, and (2) whether the denial of a motion to strike under California's anti-SLAPP statute is immediately appealable under the collateral order doctrine. The parties shall file their briefs on or before 5:00 PM Pacific Standard Time December 4, 2023, and they shall not exceed 15 pages.

---

      [*] The Honorable Roslyn O. Silver, United States District Judge for the District of Arizona, sitting by designation.