UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 05 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>ZOOMINFO TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Defendant - Appellant. | No. 22-35305<br><br>D.C. No. 3:21-cv-05725-MJP<br>U.S. District Court for Western Washington, Tacoma<br><br>**ORDER** |

The supplemental brief submitted on December 1, 2023 by Kim Carter Martinez is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT