UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,

        Plaintiff - Appellee,

  v.

ZOOMINFO TECHNOLOGIES, INC., a Delaware corporation,

        Defendant - Appellant.

No. 22-35305

D.C. No. 3:21-cv-05725-MJP
U.S. District Court for Western Washington, Tacoma

**ORDER**

The supplemental brief submitted by appellee on February 20, 2024 is filed.

Within 7 days of this order, appellee is ordered to file 18 copies of the brief in paper format with tan covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT