UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,

Plaintiff-Appellee,

v.

ZOOMINFO TECHNOLOGIES, INC., a Delaware corporation,

Defendant-Appellant.

No.    22-35305

D.C. No. 3:21-cv-05725-MJP
Western District of Washington, Tacoma

ORDER

The court has received a letter from Defendant-Appellant, ZoomInfo Technologies, Inc. providing notice of a Memorandum of Understanding that would resolve the current dispute between the parties and requesting that the currently scheduled en banc argument be taken off the calendar.  Doc. 122. Having considered the letter, it IS ORDERED that oral argument scheduled on March 19, 2024, at 1:00 p.m. in San Francisco, California is VACATED.

The parties are DIRECTED to file a status report within sixty (60) days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT