

Jeffrey A. Lamken
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2010
F: 202.536.2010
F: 202.556.2001
jlamken@mololamken.com
www.mololamken.com

July 29, 2024

BY ECF

Molly C. Dwyer, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

   Re:  *Martinez v. ZoomInfo Technologies Inc.*, No. 22-35305 (En Banc Panel)

Dear Ms. Dwyer:

  Pursuant to this Court's April 30, 2024 order, ECF #126, I write to provide a status report on behalf of defendant-appellant ZoomInfo Technologies Inc. I am authorized to represent that counsel for plaintiff-appellee Kim Carter Martinez concurs in this status report.

  On March 1, 2024, ZoomInfo notified this Court that it had reached a Memorandum of Understanding with plaintiffs in a related class action in the Northern District of Illinois. ECF #122. ZoomInfo explained that the MOU set forth terms of a settlement that, if approved by the Illinois district court, would also resolve the claims in the action underlying this appeal. The same day ZoomInfo filed its notice, this Court vacated the en banc oral argument scheduled for March 19, 2024, and ordered the parties to provide a status report within 60 days. ECF #123.

  ZoomInfo filed that status report on April 30, 2024. ECF #125. It informed the Court that ZoomInfo and plaintiff's counsel in the Illinois action had executed a settlement agreement that, if approved, would resolve both the Illinois action and this dispute. ZoomInfo requested that it file another status report in 90 days. The Court granted that request. ECF #126.

  On June 12, 2024, the Illinois district court granted preliminary approval of the settlement. *Ramos v. ZoomInfo Techs., LLC*, No. 21-cv-2032, Dkt. 111 (N.D. Ill. June 12, 2024). The final approval hearing is currently set for November 14, 2024. *Id.*, Dkt. 116 (July 3, 2024). Given that, we propose the parties in this appeal be directed to file a further status report in 120 days—*i.e.*, by November 26, 2024.

             Sincerely,

             s/ Jeffrey A. Lamken
             *Counsel for ZoomInfo Technologies Inc.*

Cc: Counsel of record via ECF