**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

DEC 6 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>ZOOMINFO TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant-Appellant. | No. 22-35305<br><br>D.C. No. 3:21-cv-05725-MJP<br>Western District of Washington, Tacoma<br><br>**ORDER** |

**MURGUIA**, Chief Judge

Pursuant to the stipulated agreement, IT IS ORDERED this appeal is dismissed. Each side shall bear its own costs. A copy of this order shall serve as the mandate of this court.